AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

**EASTERN DISTRICT OF KENTUCKY FILED FEB 0 7 2025 EDWARD B. ATKINS U.S. Magistrate Judge**

| | |
|---|---|
| United States of America<br>v.<br>Lonnie James Maynard<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 7:25-MJ-01-EBA<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  Jan. 17, 2025 - January 20, 2025  in the county of  Pike  in the
Eastern  District of  Kentucky , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2251(a) | Production of Child Pornography |
| 18 U.S.C. 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

*Complainant's signature* with per mission

FBI TFO Jessie Johnston
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/7/2025

Signed By: Edward B. Atkins
United States Magistrate Judge
*Judge's signature*

City and state: Frankfort, Ky

U.S. Magistrate Judge Edward B. Atkins
*Printed name and title*