7:25-MJ-01-EBA

*Rule 4.1 Addendum*

Per Rule 41(d)(3) and Rule 4.1, the Court processed the warrant remotely. The Court verified the Affiant's identity (by AUSA confirmation, through Affiant self-identification, and by personal knowledge), with badge # AG 81 . Affiant simply attested to the affidavit and application, which the AUSA transmitted by remote electronic means (e-mail). The Court issued the original warrant and transmitted same to the Applicant, via the AUSA, by remote electronic means (e-mail). The process complied with Rule 4.1.



**Edward B. Atkins,**
**United States Magistrate Judge**

EASTERN DISTRICT OF KENTUCKY
FILED
FEB 0 7 2025
EDWARD B. ATKINS
U.S. Magistrate Judge

Date and Time: 2/7/2025 2:40 p.m.